

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| STEVEN L. BRUINGTON and NANCY BRUINGTON, | § | No. 08-23-00015-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | 456th Judicial District Court |
| v. | § | of Guadalupe County, Texas |
| CHESMAR HOMES, LLC and YANTIS CORPORATION, | § | (TC# 22-1755-CV-E) |
| Appellees. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants all costs of appeal for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 20TH DAY OF OCTOBER 2023.


LISA J. SOTO, Justice


Before Rodriguez, C.J., Palafox, and Soto, JJ.